UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILY BLANCO-CASTRO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN,<br>Respondents. | Case No. 5:26-cv-04188 AB (ADS)<br><br>ORDER REQUIRING RESPONSE AND LODGING OF RECORDS (194) |

Unless otherwise ordered by the District Judge assigned in this case, in order to facilitate the just, speedy, and inexpensive determination of this action, IT IS ORDERED that:

1. The parties shall comply with the briefing schedule set by the General Order 26-05. If the parties seek to accelerate or alter the briefing schedule set by General Order 26-05, the parties shall promptly meet and confer and file a stipulation or joint statement setting forth the parties' competing proposals for a briefing schedule.

2. The parties are ordered to file all documents necessary to the determination of the grounds asserted in the Petition. The parties shall consider whether the following documents are necessary:

a. The charging document initiating removal proceedings against Petitioner (i.e., notice to appear);

b. Order on Petitioner's prior release (i.e., parole record, order of release on recognizance, order of supervised release, etc.);

c. Notice given prior to or at the time of Petitioner's current detention (i.e., arrest warrant, notice of revocation of supervised release, etc.);

d. Order on custody redetermination entered by an immigration judge during the course of Petitioner's current detention; and

e. Petitioner's criminal history, if any.

3. All records provided to the Court should be properly authenticated by a declaration of a person competent to attest to their contents.

4. A request by a party for an extension of time will be granted only upon a showing of good cause and should be made in advance of the deadline. Any such request shall be accompanied by a declaration explaining why an extension of time is necessary and by a proposed form of order granting the requested extension.

Dated: July 29, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge