UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILY BLANCO-CASTRO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN,<br>Respondent. | Case No. 5:26-cv-04188 AB (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Reply, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, [Dkt. No. 27], dated October 23, 2026. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 27], is accepted;

2. The Petition is granted;

3. Respondents must immediately release Petitioner Cecily Blanco-Castro (A#249-087-560) from immigration custody;

4. Respondents are enjoined from re-detaining Petitioner absent a final order of removal, without notice and a pre-detention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community; and

5. Judgment shall be entered accordingly.

DATED: October 30, 2026

THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge