JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILY BLANCO-CASTRO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN,<br>Respondent. | Case No. 5:26-cv-04188 AB (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is granted.

DATED: October 30, 2026

THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge